IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS TWERDOK,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.

No. C 10-01792 WHA

**ORDER DENYING APPEARANCE BY TELEPHONE**

The courtroom telephone equipment does not make it feasible to conduct hearings over the telephone and, therefore, the Court must **DENY** plaintiff's request.

**IT IS SO ORDERED.**

Dated: July 27, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE