IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NICHOLAS TWERDOK,

    Plaintiff,

v.

DIVERSIFIED COLLECTION SERVICES, INC.,

    Defendant.
_____/

No. C 10-01792 WHA

**ORDER RE NOTICE OF SETTLEMENT**

The Court acknowledges and thanks plaintiff for its notice of settlement in the captioned case but cautions that all deadlines remain active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: October 4, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE