**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

NICHOLAS TWERDOK,  ) Case No.: **10-cv-01792**
  )
    Plaintiff,  ) [PROPOSED] **ORDER OF**
  ) **DISMISSAL WITH PREJUDICE**
  vs.  )
  )
DIVERSIFIED COLLECTION SERVICES, )
INC,  )
    Defendant..  )

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: October 18, 2010

_____
United States District Judge

Judge William Alsup

[Proposed] Order